## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-23955-CMB |
| | : | |
| Jacki S. Ross, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated November 7, 2017 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 3, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):


Dated November 8, 2017                Executed by:    /s/ Lawrence W. Willis
                                                      Lawrence W. Willis, Esquire
                                                      Willis & Associates
                                                      201 Penn Center Blvd
                                                      Pittsburgh, PA 15235
                                                      Tel: 412.825.5170
                                                      Fax: 412.823.2375

MATRIX

Jacki Ross
525 Greenridge Road
New Kensington, PA 15068

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

GECRB/CARE CREDIT
C/O PO Box 965036
Orlando, FL 32896

GREEN TREE SERVICING LLC
345 St. Peter Street
Saint Paul, MN 55102

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106