## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-23955-CMB |
| Jacki S. Ross, | : | Chapter 13 |
| Debtor | : | |

*********************************************************

| | | |
|---|---|---|
| Jacki S. Ross, | : | |
| Movant | : | Related to Docket No. 57, 58 |
| vs. | : | Hearing Date & Time: |
| | : | January 17, 2018 at 10:00 AM |
| Ronda J. Winnecour, Esquire (Chapter 13 Trustee) | : | |
| Respondent | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, of the law firm Willis & Associates, certify under penalty of perjury that I am more than 18 years of age, and that I served a true copy of the **Order Dated December 27, 2017, Motion to Withdraw Amended Plan Dated November 20, 2017 and Proposed Order of Court** on the parties at the addresses on the attached matrix by Regular, first class United States mail, postage fully pre-paid.

Executed on: December 28, 2017            By: /s/ Lawrence Willis Esquire
                                              Lawrence W Willis, Esquire
                                              PA I.D. # 85299
                                              Willis & Associates
                                              201 Penn Center Blvd
                                              Pittsburgh, PA 15235
                                              Tel: 412.825.5170
                                              Fax: 412.823.2375
                                              lawrencew@urfreshstrt.com
                                              Attorney for Debtors

# **MATRIX**

RONDA J. WINNECOUR, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH, PA  15219

Jacki Ross

525 Greenridge Road

New Kensington, PA 15068


GECRB/CARE CREDIT
C/O PO Box 965036
Orlando, FL 32896

GREEN TREE SERVICING LLC
345 St. Peter Street
Saint Paul, MN 55102

KML Law Group
701 Market St Ste 5000
Philadelphia, PA 19106