# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | JACKI S. ROSS |
| Case Number: | 14-23955-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, FEBRUARY 22, 2018 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
2/23/18 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#53 - Amended Plan Dated: 11-20-2017 (FC)
R / M #: 53 / 0

### *Appearances:*

Debtor: Willis
Trustee: ~~Winnecour~~ / Pail / Katz
Creditor:

### *Proceedings:*

Outcome: Plan Withdrawn —

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: