**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JACKI S. ROSS | Case No. 14-23955CMB |
|       Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
|       Movant | Document No __ |
| vs. | |
| SYNCHRONY BANK++ | |
|       Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

    THE CREDITOR'S ADDRESS IS DEFUNCT ACCORDING TO THE POSTAL SERVICE.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| SYNCHRONY BANK++ | Court claim# 2/Trustee CID# 2 |
| C/O RECOVERY MANAGEMENT SYSTEMS CORP | |
| 25 SE 2ND AVE STE 1120 | |
| MIAMI, FL 33131-1605 | |

The Movant further certifies that on 08/20/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc:  debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) | |

| DEBTOR(S):<br>JACKI S. ROSS, 525 GREENRIDGE RD, NEW KENSINGTON, PA  15068 | DEBTOR'S COUNSEL:<br>LAWRENCE W WILLIS ESQ, WILLIS & ASSOCIATES, 201 PENN CENTER BLVD STE 310, PITTSBURGH, PA  15235 |
|---|---|
| ORIGINAL CREDITOR:<br>SYNCHRONY BANK++, C/O RECOVERY MANAGEMENT SYSTEMS CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL  33131-1605<br><br>NEW CREDITOR: | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |