IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: ) | Case No. 14-23955CMB |
| Jacki S. Ross ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc #__69____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| Vs. ) | |
| Jacki S. Ross ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a hearing on the Trustee's motion will be held on **November 06, 2019 at 10:00 a.m. before Judge Carlota M. Böhm in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **October 10, 2019.**

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
| 9-20-19 | Ronda J. Winnecour (PA I.D.#30399) |
| Date | Attorney and the Chapter 13 Trustee |
|  | U.S. Steel Tower – Suite 3250 |
|  | 600 Grant Street |
|  | Pittsburgh, PA  15219 |
|  | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-23955-CMB
Jacki S. Ross                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dric              Page 1 of 1            Date Rcvd: Sep 23, 2019
                              Form ID: pdf900         Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db             +Jacki S. Ross,    525 Greenridge Rd,    New Kensington, PA 15068-5812
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13931311       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13931309       +E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:44:26       GECRB/CARE CREDIT,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
13931310       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 24 2019 02:49:56       GREEN TREE SERVICING LLC,
                 345 St. Peter Street,    Saint Paul, MN 55102-1213
13987347        E-mail/Text: bankruptcy.bnc@ditech.com Sep 24 2019 02:49:56       Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13992217        E-mail/PDF: gecsedi@recoverycorp.com Sep 24 2019 02:44:26       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GREEN TREE SERVICING LLC
cr              Green Tree Servicing LLC, Et al...
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, Et al...
               andygornall@latouflawfirm.com
              James Warmbrodt     on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Jacki S. Ross ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```