# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JACKI S. ROSS | Case No. 14-23955CMB |
|       Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>    vs.<br>JACKI S. ROSS | Chapter 13<br><br>Document No. 73 |
|   Respondents | |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __16th__ day of __October__, 20__19__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Highmark*
Attn.: Payroll (Garnishments)
120 Fifth Ave
Suite P1702
Pittsburgh, PA 15222

is hereby ordered to immediately terminate the attachment of the wages of JACKI S. ROSS, social security number XXX-XX-9538. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JACKI S. ROSS.

BY THE COURT:

_Carlota M. Böhm_  dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
10/16/19 1:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-23955-CMB
Jacki S. Ross                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: dric                Page 1 of 1              Date Rcvd: Oct 16, 2019
                               Form ID: pdf900           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
```
db             +Jacki S. Ross,    525 Greenridge Rd,    New Kensington, PA 15068-5812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

```
               ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, Et al...
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Jacki S. Ross ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```