**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JACKI S. ROSS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:14-23955<br><br>Chapter 13<br><br>Document No.: 79<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ___11th___ day of ___February___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Completion of Case and Approval of Trustee's Report of Receipts and Disursements (No Discharge)**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED and DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) shall not receive a discharge in this case, due to the debtor(s)' receipt of a prior discharge within the statutory time period prior to the commencement of this case.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
2/11/20 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 14-23955-CMB
Jacki S. Ross                                                       Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: nsha                  Page 1 of 1                  Date Rcvd: Feb 11, 2020
                               Form ID: pdf900             Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db             +Jacki S. Ross,    525 Greenridge Rd,    New Kensington, PA 15068-5812
cr             +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     Shellpoint Mortgage Servicing,
                 P.O. Box 10826,    GREENVILLE, SC 29603-0826
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 9013,   Addison, TX 75001-9013
13931311       +KML Law Group,    701 Market St Ste 5000,    Philadelphia, PA 19106-1541
15171961        NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13931309       +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 02:49:14       GECRB/CARE CREDIT,
                 C/O PO Box 965036,    Orlando, FL 32896-0001
13931310       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 12 2020 02:51:37       GREEN TREE SERVICING LLC,
                 345 St. Peter Street,    Saint Paul, MN 55102-1213
13987347        E-mail/Text: bankruptcy.bnc@ditech.com Feb 12 2020 02:51:37       Green Tree Servicing LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154,    Telephone number: 888-298-7785
13992217        E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 02:50:04       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GREEN TREE SERVICING LLC
cr              Green Tree Servicing LLC, Et al...
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GREEN TREE SERVICING LLC andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Green Tree Servicing LLC, Et al...
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Jacki S. Ross ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7
```