**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jacki S. Ross**
   Debtor(s)

Bankruptcy Case No.: 14–23955–CMB

Chapter: 13

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Ronda J. Winnecour is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 13 case of the above named Debtor(s) is closed.

Dated: February 18, 2020

Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-23955-CMB
Jacki S. Ross                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: nsha    Page 1 of 1    Date Rcvd: Feb 18, 2020
                      Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.
db         +Jacki S. Ross,   525 Greenridge Rd,   New Kensington, PA 15068-5812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2020 at the address(es) listed below:
        Andrew F Gornall   on behalf of Creditor   GREEN TREE SERVICING LLC andygornall@latouflawfirm.com
        Andrew F Gornall   on behalf of Creditor   Green Tree Servicing LLC, Et al...
         andygornall@latouflawfirm.com
        James Warmbrodt   on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
        Joshua I. Goldman   on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com
        Lawrence W. Willis   on behalf of Debtor Jacki S. Ross ecf@westernpabankruptcy.com,
         urfreshstrt@gmail.com;willislr88866@notify.bestcase.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                 TOTAL: 7